BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANTHONY CALDERON,<br><br>　　　　Defendant. | CASE NO. 1:09-MJ-00245-DLB<br><br>MOTION AND ORDER FOR DISMISSAL |

　　The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Brian W. Enos, Assistant United States Attorney, hereby moves to dismiss the Information filed against Anthony Calderon on or about October 1, 2009, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 24, 2014　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　/s/ Brian W. Enos
　　　　　　　　　　　　　　　　　　BRIAN W. ENOS
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that the Information filed on October 1, 2009, against Anthony Calderon, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **January 24, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

2